IN RE PROTEST OF MASON

No. 768P85.

Case below: 78 N.C. App. 16.

Petition by Clyde Mason, Jr. for discretionary review under G.S. 7A-31 denied 18 February 1986.

JOHNSON v. JOHNSON

No. 471PA85.

Case below: 75 N.C. App. 659.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 18 February 1986.

LANCASTER v. LUMBY CORP.

No. 753P85.

Case below: 77 N.C. App. 644.

Petition by defendants for discretionary review under G.S. 7A-31 denied 18 February 1986.

McCOMBS v. KIRKLAND

No. 568PA85.

Case below: 76 N.C. App. 336.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals allowed 18 February 1986.

McCRARY STONE SERVICE v. LYALLS

No. 794P85.

Case below: 77 N.C. App. 796.

Petition by defendants for discretionary review under G.S. 7A-31 denied 18 February 1986.